UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-279-MOC-DCK-2

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Vs. | ) | ORDER |
|  | ) |  |
| DONNA GRAVES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on the parties' Joint Motion for a Peremptory Trial Date Setting in this matter. (Doc. No. 82). For the reasons stated in the motion and for the good cause shown, the Court finds that the ends of justice will be served by setting this case for trial on September 30, 2020. The Court will pick the jury in this case at the beginning of the Court's September 21, 2020, criminal term.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Joint Motion for a Peremptory Trial Date Setting in this matter (Doc. No. 82), is **GRANTED** in accordance with this Order.

Signed: September 8, 2020

Max O. Cogburn Jr
United States District Judge