UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-CR-279-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| DONNA GRAVES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER TO AUTHORIZE PAYMENT
FROM INMATE TRUST ACCOUNT

**THIS MATTER IS BEFORE THE COURT** on the United States' "Motion of United States of America to Authorize Payment from Inmate Trust Account" (Document No. 135) filed September 1, 2021. Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that (Document No. 135) is GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1. The Bureau of Prisons is authorized to turn over to the Office of the United States District Court Clerk of Court for the Western District of North Carolina, 401 West Trade Street, Charlotte, North Carolina 28202, and the Clerk of Court shall accept, $1,281.00 currently held in the trust account for the following inmate:

Donna Graves
Register Number: 35132-058

2. The Clerk shall apply these funds as payment for the criminal monetary penalties owed by the Defendant in this case.

Signed: October 22, 2021

Max O. Cogburn Jr.
United States District Judge